IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IN RE:<br><br>MILLENNIUM MULTIPLE EMPLOYER WELFARE BENEFIT PLAN,<br><br>    DEBTOR. | CHAPTER 11<br><br>CASE NO. 10-13528<br>(Chapter 11)<br><br>(PENDING IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF OKLAHOMA) |
| FRED WESTFALL; et al.,<br><br>    *Plaintiffs,*<br><br>    v.<br><br>JONATHAN COCKS; et al.,<br><br>    *Defendants.* | ADVERSARY NO. 10-_____ |

## NOTICE OF REMOVAL

Pursuant to Fed. R. Bankr. P. 9027 and 28 U.S.C. § 1452, Millennium Multiple Employer Welfare Benefit Plan ("**Millennium**" or the "**Debtor**"), the debtor in the above-styled Chapter 11 bankruptcy case (the "**Bankruptcy Case**"), hereby files this Notice of Removal of Cause No. 3:08-CV-0996-D, from the 95th Judicial District Court of Dallas County, Texas, (the "**State Court**") to this Court, and states:

1.      On June 9, 2010 (the "**Petition Date**"), Millennium filed a voluntary petition for relief under Chapter 11, Title 11, United States Code in the United States Bankruptcy Court for the Western District of Oklahoma (the "**Bankruptcy Court**").  Prior to the Petition Date, on or about May 2, 2008,  (i) Fred Westfall; (ii) Timothy Westfall; (iii) Patricia Westfall Gonzalez; (iv) Westfall Constructors, Ltd.; (v) Dennis Scheumann; (vi) Sylvia Scheumann; (vii) Mid-States

Tool & Machine, Inc.; (viii) Edward C. Wade, M.D.; (ix) Edward C. Wade, M.D., P.A.; (x) Marvin J. Mobley; (xi) Linda Dianne Mobley; (xii) Aberty Corporation; (xiii) Kathy Pietro; (xiv) Robert Marinelli; (xv) M&P Development, LLP; (xvi) Carl Franklin; (xvii) Edith L. Franklin; (xviii) International Falcon Associates, Inc.; (xix) Dr. Jordan F. Worth; (xx) Midtown Physicians, LLP; (xxi) Michael Goldberg, M.D.; (xxii) Edward Parelhoff, M.D.; (xxiii) Eye Consultants of Northern Virginia, P.C.; (xxiv) Ronald Anderson; (xxv) Deborah Anderson; (xxvi) Supplier Link Services, Inc.; (xxvii) Greg and Karen Lewis; (xxviii) Lewco Integrated Technical Services, Inc.; (xxix) Paul and Lucy Janoush; (xxx) Joe and Dorothy Janoush; (xxxi) John and Beverly Janoush; (xxxii) Jantran, Inc.; (xxxiii) Tim and Tracy Johnston; and (xxxiv) Chapter II, Inc. (the "**Plaintiffs**") initiated a lawsuit against, *inter alia*, Millennium (the "**Lawsuit**"), styled *Fred Westfall, et al. v. Jonathan Cocks, et al.*, Cause No. 3:08-cv-0996-D, in the State Court.

2. Cross-claims have been asserted against the Debtor in the Lawsuit by the Plaintiffs and by (i) American General Life Insurance Company; (ii) United States Life Insurance Company in the City of New York; and (iii) Penn Mutual Life Insurance Company.

3. This Court has jurisdiction over the Lawsuit pursuant to 28 U.S.C. § 1334. The Lawsuit may be therefore removed to this Court pursuant to 28 U.S.C. §1452. The Lawsuit and/or issues raised therein are core matters pursuant to, *inter alia*, 28 U.S.C. §157(b)(2)(A) (B), (C) and/or (O). Upon removal, the Debtor does not consent to entry of final orders or judgments by the Bankruptcy Court to the extent that the Lawsuit and/or claims raised therein are not core matters. This is a matter subject to referral to the United States Bankruptcy Court.

4. The Debtor is entitled to remove this action because the action concerns the administration of the estate. In addition, the Debtor believes that the Plaintiffs assert claims

**NOTICE OF REMOVAL**             **PAGE 2**

against the Debtor which should be adjudicated by the Bankruptcy Court as part of the claims process in its Bankruptcy Case. The Debtor intends to seek transfer of the removed Lawsuit to the Bankruptcy Court to obtain that result.

5. Copies of the active petition, answers and cross-claims on file with the State Court, along with a copy of the State Court docket sheet and/or an index of matters in the State Court file, are attached hereto as Exhibit "A." If this Court desires, copies of all other pleadings and orders on file with the State Court will be filed by the Debtor as an appendix.

6. Written notice of removal of this cause is being, or will be, filed with the Clerk of the State Court pursuant to 28 U.S.C. § 1452 and Bankruptcy Rule 9027.

7. A copy of this Notice of Removal, pursuant to Bankruptcy Rule 9027, is being contemporaneously served on all parties to the removed claim or cause of action by service on their counsel of record, or if none, on the party, by regular United States mail.

WHEREFORE, Debtor prays that the above-entitled action be removed from the 95th Judicial District Court, Dallas County, Texas to this Honorable Court. Debtor further prays for such other and further relief to which the Debtor may show itself justly entitled.

Dated this 9th day of June, 2010.

Respectfully Submitted,

MILLENNIUM MULTIPLE EMPLOYER WELFARE BENEFIT PLAN

<u>/s/ Doug Skierski</u>
By:  Peter Franklin
State Bar No. 07378000
Doug Skierski
State Bar No. 24008046
Erin K. Lovall
State Bar No. 24032553
Of the Firm:
FRANKLIN SKIERSKI LOVALL HAYWARD, LLP
10501 N. Central Expressway, Suite 106
Dallas, Texas 75231
Telephone: 972-755-7100
Facsimile: 972-755-7110
E-mail:  pfranklin@FSLHlaw.com
         dskierski@FSLHlaw.com
         elovall@FSLHlaw.com

*Proposed Counsel for Debtor In Possession Millennium Multiple Employer Welfare Benefit Plan*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing Notice of Removal (without exhibits) was served on June 9, 2010, (1) upon those parties receiving notice pursuant to the Court's ECF notification system, and (2) by pre-paid, first-class United States mail upon the following:

| | |
|---|---|
| Mr. John Malesovas<br>Malesovas Law Firm<br>816 Congress, Suite 1265<br>Austin, TX  78701 | Mr. Anthony L. Vitullo<br>Fee, Smith, Sharp & Vitullo, L.L.P.<br>Three Galleria Tower<br>13155 Noel Road, Suite 1000<br>Dallas, TX  75240 |
| Mr. Gregg S. Weinberg<br>Roberts Markel PC<br>2800 Post Oak Boulevard, 57th Floor<br>Houston, TX 77056 | Ms. Katy S. Kamen<br>Mr. Ted Scallet<br>Groom Law Group<br>1701 Pennsylvania Ave., N.W.<br>Washington, DC  20006 |

**NOTICE OF REMOVAL**                        **PAGE 4**

| | |
|---|---|
| Mr. James W. Bowen<br>Hunton & Williams, LLP<br>1445 Ross Avenue, Suite 3700<br>Dallas, TX  75202 | Mr. Lawrence T. Bowman<br>Cozen O'Connor<br>1717 Main Street<br>2300 Comerica Tower<br>Dallas, TX  75201 |
| Ms. Amy B. Boyea<br>Edison, McDowell & Hetherington, LLP<br>2000 E. Lamar Boulevard, Suite 600<br>Arlington, TX  76006 | Mr. D. Craig Brinker<br>Henslee Schwartz, LLP<br>6688 North Central Expressway, Suite 850<br>Dallas, TX  75206 |
| Ms. Karan C. Ciotti<br>Ogden, Gibson, Broocks, Longoria & Hall, LLP<br>1900 Pennzoil South Tower<br>711 Louisiana Street<br>Houston, TX  77002 | Ms. Sarah B. Davis<br>Beirne Maynard & Parsons, L.L.P.<br>1700 Pacific Avenue, Suite 4400<br>Dallas, TX  75202 |
| Mr. Jason K. Fagelman<br>Fulbright & Jaworski<br>2200 Ross Avenue, Suite 2800<br>Dallas, TX  75201 | Mr. Juston R. Givens<br>Phillips Murrah, P.C.<br>101 N. Robinson Avenue, 13th Floor<br>Oklahoma City, OK  73102 |
| Mr. Timothy Headley<br>Cozen O'Connor<br>1717 Main Street<br>2300 Comerica Tower<br>Dallas, TX  75201 | Mr. Stephen C. Jackson<br>Maynard Cooper & Gale, PC<br>1901 Sixth Avenue North, Suite 2400<br>Birmingham, AL  35203 |
| Mr. Dale Ossip Johnson<br>The Johnson Firm<br>P. O. Box 427<br>Cedar Park, TX  78630 | Mr. Gary S. Kessler<br>Kessler & Collins<br>2100 Ross Avenue, Suite 750<br>Dallas, TX  75201 |
| Mr. Fred A. Leibrock<br>Phillips Murrah, P.C.<br>Corporate Tower, 13th Floor<br>101 N. Robinson<br>Oklahoma City, OK  73102 | Mr. Glenn  LeMay<br>Gordon & Rees LLP<br>1900 West Loop South, Suite 1000<br>Houston, TX  77027 |
| Ms. Allison J. Maynard<br>Wilson Elser Moskowitz Edelman & Dicker, LLP<br>901 Main Street, Suite 4800<br>Dallas, TX  75202 | Mr. David T. McDowell<br>Edison, McDowell & Hetherington, LLP<br>3200 Southwest Freeway, Suite 2920<br>Houston, TX  77027 |
| Mr. Timothy Muth<br>Reinhart Boerner Van Deuren SC<br>1000 N. Water Street, Suite 2100<br>Milwaukee, WI  53201 | Mr. Arthur V. Pearson<br>Murphy Pearson Bradley & Feeney<br>88 Kearney Street, 10th Floor<br>San Francisco, CA  94108 |

**NOTICE OF REMOVAL**          **PAGE 5**

| | |
|---|---|
| Mr. Matthew G. Pletcher<br>Beirne Maynard & Parsons, L.L.P.<br>1300 Post Oak Blvd., Suite 2500<br>Houston, TX  77056 | Mr. Foster Reese<br>Ms. Julie A. Shehane<br>Mr. Kirk D. Willis<br>Helms & Greene, LLC<br>1700 Pacific Avenue, Suite 1000<br>Dallas, TX  75201 |
| Mr. Bryon L. Romine<br>Kessler & Collins<br>2100 Ross Avenue, Suite 750<br>Dallas, TX  75201 | Mr. Martin S. Schexnayder<br>Wilson Elser Moskowitz Edelman & Dicker, LLP<br>5847 San Felipe, Suite 2300<br>Houston, TX  77057 |
| Mr. Joe Sibley<br>Camara & Sibley, LLP<br>2339 University Blvd.<br>Houston, TX  77005 | Mr. Nelson Skyler<br>Brown Sims, PC<br>1177 West Loop South, Tenth Floor<br>Houston, TX  77027 |
| Mr. L. Boyd Smith<br>Sedgwick, Detert, Moran & Arnold LLP<br>1111 Bagby Street, Suite 2300<br>Houston, TX  77002 | Mr. J. Michael  Weston<br>Bennett Weston Lajone & Turner PC<br>1750 Valley View Lane, Suite 120<br>Dallas, TX  75234 |

    /s/ Doug Skierski
    Doug Skierski

**NOTICE OF REMOVAL**             **PAGE 6**